UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 23-09603 VBF (RAO) Date: June 5, 2024
Title: Kevin Murphy Dunbar v. Facebook.com et al.

---

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

Plaintiff initiated this lawsuit on November 8, 2023. Dkt. No. 1. On December 18, 2023, Plaintiff filed a Motion to Amend Civil Complaint. Dkt. No. 6. The Court granted Plaintiff's Motion to Amend on March 5, 2024. Dkt. No. 9. The Court set a deadline of April 2, 2024 for Plaintiff to file his amended complaint. *Id.* To date, Plaintiff has not filed an amended complaint. **Plaintiff is ordered to show cause, in writing, no later than July 5, 2024,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may file his amended complaint or a response indicating that he wishes to proceed on his original complaint by the same deadline. Plaintiff is reminded that the amended pleading must be complete and should not refer to prior pleadings. *See* L.R. 15-2. To the extent Plaintiff intended his December 18, 2023 filing to be considered together with his original complaint as an amended pleading, the Court will not consider two separate filings together as an amended pleading. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer jm