JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **KEVIN MURPHY DUNBAR Senior,** | No. LA CV 23-09603-VBF-RAO |
| Plaintiff, | **ORDER** |
| v. | Dismissing Case Without Prejudice |
| FACEBOOK.COM et al., | |
| Defendants. | |

By Order issued August 1, 2024, CM/ECF Document ("Doc") 13, the Magistrate Judge directed plaintiff to either file a second amended complaint or show cause why the action should not be dismissed for failure to prosecute, no later than August 22, 2024.

The August 22, 2024 deadline elapsed three weeks ago, and the Court has received no filings from plaintiff. **The case is DISMISSED without prejudice for lack of prosecution and failure to comply with court order.**

IT IS SO ORDERED.

Dated: September 6, 2024

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge